FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
JAN 09 2008
JAN 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Michael Young

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Ms. Obie

C. Smith

Chief Hargraves

Mr. L. Warren

Ms. K. Harris, Dr. Catoure

And Dr. Dunlap

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**08CV0200**
**JUDGE KENDALL**
**MAG. JUDGE BROWN**

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

◆ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

Revised: 7/20/05

Pg. 1 of 8

A. Name: Mr. Michael Young

B. List all aliases: Longstreet

C. Prisoner identification number: 20070004908

D. Place of present confinement: Cook County Jail / Division 10

E. Address: 2800 S. California Ave., Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Ms. Obie

Title: Cook County Department of Corrections Nurse

Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

B. Defendant: C. Smith

Title: Employee of Cermak Health Care Services

Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

C. Defendant: Chief Hargraves #85

Title: Employee of Cook County Department of Corrections

Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Pg. 2 of 8

Revised: 7/20/05

D.) Defendant: Mr. L. Warren
   Title: Program Service Administrator or Assistant Administrator
   Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608

E.) Defendant: Ms. K. Harris
   Title: Captain For Cook County Jail At Division 3 And 8
   Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608

F.) Defendant: Dr. Catour'e
   Title: Medical Physician At Cermak Health Care Services
   Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

G.) Defendant: Dr. Dunlap
   Title: Medical Physician At Cermak Health Care Services
   Place of Employment: 2200 S. California Ave, Chicago, Illinois 60608

Pg. 3 of 8

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓)  NO ( )  If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C. If your answer is YES:

1. What steps did you take?
I gave the grievance to the social worker and it was assigned a control No. 2007 X 0609 And 2007 X 0636

2. What was the result?
The grievance was referred to Cermak Health Care Services by the social worker. But the grievance committee C. Smith, Chief Hargraves And Mr. L. Warren referred the grievance to Division 8 physician.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
Yes, I appealed April 14, 2002, and the grievance was denied on May 08, 02, claiming Cermak Health Care services said I received proper medical care and attention.

D. If your answer is NO, explain why not:

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is YES:

  1. What steps did you take?

  _____
  _____
  _____

  2. What was the result?

  _____
  _____
  _____

H. If your answer is NO, explain why not:

  _____
  _____
  _____

Pg. 5 of 8

Revised: 7/20/05

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: ___NONE___

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Count (1)

On or around or after March 25, 2007, defendants Ms. Obie, C. Smith, Mr. or Ms. Hargraves, Mr. L. Warren, Ms. K. Harris, Dr. Catoure and Dr. Dunlap, did, on or around or after March 25, 2007, while acting under color of state law in their individual capacity as employees of Cook County Department of Corrections, did, on or around or after violated the plaintiff Michael Young Right to be secured in his person against unreasonable delay and denial of medical treatment as guaranteed under the Fourth Amendment of the United States Constitution. And as a direct result of the defendants acts, which contributed to the violation. Plaintiff is being denied constructive surgery to his right knee, rehabilitative health services to improve walk and is/being subjected to infection and on-going pain without proper medication to deal with the pain, right knee and leg swelling, poor circulation and constant pain which makes it difficult to go about his daily routine but also very difficult to sleep at night, as result, plaintiff endure countless nights of pain and lack of sleep and acute mood swings.

Count (2)

On or around March 29, March 31, April 4, April 5 and April 6 of 2007, defendants C. Smith, Mr. or Ms. Hargraves, Mr. L. Warren, Ms. K. Harris, did, on these months and days, while acting under color of state law as Cook County Department of Corrections employees in their individual capacity, did, on these months and days, acting as the grievance committee, failed to investigate and follow-up on the plaintiff Michael Young grievance complaint knowing plaintiff was being denied medical treatment in violation of plaintiff right to substantive due process under the Fourteenth Amendment of the United States Constitution resulting in the grievance procedures being ineffective. The grievance procedures did not remedy the violated constitutional right of denial of medical treatment resulting in this civil rights action. This constitute reckless disregard to plaintiff right to use the grievance procedures to remedy his constitutional violation that resulted from the on-going denial of medical treatment. Their duties sitting as the grievance committee was to make sure plaintiff was provided medical treatment to remedy the violation and prevent this civil rights action from being filed. And these defendants failed to do so with reckless disregard for the plaintiff right to receive medical treatment by failing to make sure the treatment was provided.

Note: The medical doctors must have 5-Million dollars Medical Malpractice insurance in order to practice medicin.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Plaintiff Demands A Jury trial

2) Plaintiff Request 5 million dollars in Punitive Damages to Punish the defendants for their acts that contributed to the violated Rights.

3) Plaintiff Request $200.00 A day from each defendant individual for every day they denied medical treatment and failure to ensure the medical treatment was Provided appropriately.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __05__ day of __December__, 20 __07__

_____

__Michael Young__
(Signature of plaintiff or plaintiffs)

__MR. Michael Young__
(Print name)

__# 20070004908__
(I.D. Number)

__Cook County Jail__
__Division 10__
__2900 S. California Ave, Chicago, Illinois 60608__
(Address)