# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael Young | 08C0200 |
| DEFENDANT | TYPE OF PROCESS |
| Nurse Obie, et al. | S/C -w/waiver |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ms. Obie, Nurse, Cook County Department of Corrections

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

C.C.J. Legal Dept. 2nd. Flr. Div. 5 2700 S. California Ave., Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael Young, #2007-0004908
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
JAN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 3 0 2008

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 01-14-08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 of 7 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk TD | Date 01-14-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Jean Kiriages Director CQI/RM

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1-28-08  Time: 10:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee 48.00 | Total Mileage Charges (including endeavors) 5.82 | Forwarding Fee 0 | Total Charges 53.82 | Advance Deposits 0 | Amount owed to U.S. Marshal or 53.82 | Amount of Refund 0 |

REMARKS: 1-OUSM 12-miles 1-Hour

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |