3 Copies

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MR. MICHAEL YOUNG PLAINTIFF

VS. NO. 08 C 0200

MS. O'BIE, ET. AL. DEFENDANT(S)

FILED
MAR 26 2008
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION TO AMEND

Michael Young #20070004908
MR. MICHAEL YOUNG #20070004908
P.O. BOX 089002
CHICAGO ILLINOIS 60608.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MR. MICHAEL YOUNG — PLAINTIFF

VS. — NO. 08 C 0200

MS. OBIE ET. AL. — DEFENDANTS

# MOTION TO AMEND

NOW COME, THE PLAINTIFF, MR. MICHAEL YOUNG "PRO SE" BRING ON FOR HEARING AND CONSIDERATION HIS MOTION TO AMEND THE FOLLOWING, TO WIT:

1) PATIENT INFORMATION "TRANSCRIPTIONS" 2-PG
2) AFFIDAVIT, 2-PG
3) GRIEVANCE/RESPONSE CONTROL # 2007X0609 / 2007X 0636 / 2007X 2550
4) DOCUMENT(S) BETTER BRACES. COM.
5) PROSCRIPTIONS FROM WESTERN FAMILY MEDICAL CENTER
6) RESULTS OF GRIEVANCE INVESTIGATION "DANE COUNTY JAIL"
7) NOTE(S) FROM DR. TIPPLE
8) DOCTOR PROSCRIPTION DATED SEPT. 19, 2007 / 2/14/08, / 10/17/07
9) PROPERTY SLIP DATED 9/17/07.
10) THREE (3) CORRESPONDENCE TO ATTORNEY(S) REQUESTING THEIR LEGAL ASSISTANCE

**Letter (Out)** **Mark Young (MR# 08931761)**

**Visit and Patient Information**

| | | | | | |
|---|---|---|---|---|---|
| **Visit Information** | **Date** | **Time** | **Department** | **Provider** | **Encounter #** |
| | 01/22/2007 | 8:36 AM | West Orthopedics | Richard W Glad, MD | 28239986 |

| | | | | |
|---|---|---|---|---|
| **Patient Information** | Young, Mark [08931761] | DOB | 09/15/1967 | Male |
| | 4326 NAKOOSA Trl Apt 3 | Home Phone | 608-242-4118 | |
| | MADISON, WI 53716 | Work Phone | 608-000-0000 | |

**Visit Summary**

| | | | |
|---|---|---|---|
| **Transcription** | **Type** | **ID** | **Author** |
| | patient letter | 9302514-1 | GLAD, RICHARD W |

**This document replaces document 9302514**

**Document Text**

*08931761/124901
January 22, 2007

M. YOUNG
P.O. BOX 089002
CHICAGO IL 60608

ID: #20070004908
RE: MARK YOUNG
DOB: 09/15/1967

To Whom It May Concern:

This note is to confirm that Mark Young has sustained a severe injury to the right knee. This has included a patellar tendon rupture as well as ligamentous disruption which was complicated by postoperative wound infections. He has been left with a knee that has extremely limited function at this stage. We are pursuing conservative management in hopes that he will improve but at this point it is virtually impossible for him to pursue any kind of gainful employment as his ability to ambulate is markedly limited. He is still at the stage in his recovery which I think will be fairly prolonged and there is a significant likelihood that extensive additional surgery will ultimately be necessary. I think it is likely important for Mr. Young to use shoes with some support as opposed to flip-flops in hopes of preventing him from having further episodes of instability. Also due to knee instability use of a knee brace is recommended. In addition this is expected to be relatively painful in the long term just due to degenerative changes which have developed and I think that he would benefit from the use of ibuprofen or Tylenol on an as needed basis. If you have any additional questions please feel free to contact me.

Sincerely,

Richard W. Glad, M.D.
Orthopedics

Dean West Clinic
752 N.High Point Road
Madison, WI 53717

Orthopedics 2nd Floor
Fax 608-824-4140

# FACSILMILE

Provider:

Dr. Glad

Dr. Kahle

Collins PA-C

Wilson PA-C

Dr. Prosser

Dr. Noonan

To: Mark Young

@Fax: 245-0788

From: Please circle provider/staff

Date: 11-10

Re: letter

Pages (including this page) 2

Staff:

Sue

Michelle/Kristin

Sarah

Ann

Jane

Nikki

Robin

CONFIDENTIAL

Instructions: ______

If you are having trouble receiving this fax, please call: 608-824-4580

The information contained in this facsimile is privileged and confidential information intended only for the use for the above listed receiver. If you are neither the intended recipient nor the employee/agent responsible for delivering this information to the recipient, you are hereby notified that and disclosure, copying or distribution of the contents of this information is strictly prohibited. If you have received information in error, please notify the sender immediately at the above number.

STATE OF ILLINOIS )
)
COUNTY OF COOK )

UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No. 08-C-0200

AFFIDAVIT

I, Mr. Michael Young, depose and state under oath pursuant to the penalties under chapter 735 ILCS 5/1-109 that the following facts are true and correct and made upon personal knowledge and belief and if called as a witness I would testify to the following below:

1) In November of 2006, I had three(3) medical surgeries on my right knee. I was receiving physical therapy before my incarceration at Cook County Jail. When I came in custody of Cook County Jail I informed medical staff about the medical treatment I was receiving for my right knee and asked that medical personnel at Cermak Health Care Services follow-up on my treatment which included sergury on my right knee, and its ligament, A.C.L., physical therapy and medication for pain. And I even contacted my doctor who conducted the sergury and he submitted a letter about the treatment.

2) On March 25, 2007, while in division eight living unit B-4 I attempted to stop nurse Obie to give her a Pre-trial detainee medical request slip about my medical condition. And she refused to accept my medical request slip. So I prepared a grievance and gave it to the social worker in division 8 on March 27, 2007, and was assigned a grievance control number on each grievance (200X0609)(2007X0636) which stated as followed:

First grievance: "Nurse Obie denied accepting my detainee health service request form making up excuses why she can't take the form. I haven't had the proper medical attention needed to reduce swelling and pain and very poor circulation in leg and shoulder. This nurse has a very bad attitude towards detainees. I turn it into Ms.gross. She was very nice and helpful. We need more nurses like nurse Gross"(2007X0609)

Second grievance: "This complaint is concerning my leg and the physical therapy for the rehabilitation of my right leg. And I feel my human rights has been violated and will be taking further action to get the proper treatment needed. Since being incarcerated I was given the wrong pills to reduce swelling and the pills irritated my leg injury. Don't know the name but it has to be on record. This injury can set up blood clots and infections.(2007X0636)

3) On grievance Number 2007X0609, a Cermak Health Care employee name C.Smith, Chief Hargranes of division 3 and 8 and the program service administrator or assistant administrator name Mr. L. Warren responded to this grievance by referring the grievance to the divisional physician and patient care services. But failed to make sure the proper medical treatment was issued or provided to remedy plaintiff right to receive adequate and proper medical care resulting in reckless disregard to my serious medical needs.

4) On grievance number 2007X0636, a Cermak Health Care service employee name C.Smith, Captain Ms.K.Harris in division 3 and 8 and the program service administrator or assistant administrator Mr. L. Warren responded to this grievance by referring the grievance to the divisional physician. But failed to make sure the proper medical treatment was issued or provide to remedy plaintiff right to receive adequate and proper medical care. Resulting in reckless disregard for the plaintiff medical needs.

5) The medical director Ms. Dr.Contour'e and Dr.Ms.Dunlap are in a position to provide the medical treatment which require corrective surgery and rehabilitative treatment with pain medication. And has been refusing to provide such services resulting in on-going suffering.

And they are aware that such treatment is needed because medical records show that the treating physician ordered this treatment to be provided.

6) On December 18, 2007, I fell down in the stair well and had to be rushed to Cermak Health Care Services to have Ex-Ray's done on my knee because jail officials confiscated my prescribed shoes that I was allowed to wear while in the County Jail in total disregard to the doctors orders. I was told to wear my shoes for support on my knee and my shoes were taken and not returned.

7) On December 20, 2007, I gave the social worker Ms.V. Butler a grievance about the shoes and my fall. And she provided the grievance with a control number 2007X2550 and referred the grievance to the division 10 superintendent Mr.Dennis Andrews and I am now waiting on a reply.

8) On September 17,2007, my wife Ms.Laura Moore-Young drove all the way from Madison Wisconsin to bring me my knee brace and knee brace replacement kit and Superintendent Plaxeco#14 approved the equipment. Cook county jail officials has not been able to provide the knee brace accessories. Dr.Ms. Dunlap wrote out a prescription for me to receive the knee brace accessories. And then I had to get the superintendent Mr. Plaxeco #14 to approve for me to have the knee brace accessories so they don't take them during shake downs. He approved it on September 19,2007 through the social worker Ms. V. Butler.

9) Then on January 27, 2008, My cell was shook down and the officer's took my shower shoes that I had sent in from the street because the commissary do not have the type of shower shoes that I need to keep from falling in the shower and to give my knee support from the concrete floor in the cell house until I can have my knee replacement done.

RESPECTFULLY SUBMITTED

Michael Young

AFFIANT

February 05, 2008
Date

MICHAEL YOUNG #20070004908
Cook County Jail
Division Ten
P.O.Box 089002
Chicago, Illinois 60608

Part-A / Control #: 2007 X 0609

0.30

Referred To: Cermak

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Young First Name: Michael

ID #: 2007-0004708 Div.: 8 Living Unit: B4 Date: 3/25/07

BRIEF SUMMARY OF THE COMPLAINT: Nurse O'Bie Denial Accepenting my Detainee Health Service Request Form making up excuses why she can't take the Form. I haven't had the proper medical attention need to reduce swelling and pain, and very poor circulation in leg and shoulder. This Nurse has a very bad attitude towards Detainees. I turn it in to Ms. Gross she was very nice and helpful we need more Nurses like Nurse Gross. Thank You!

united states constitution

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

2007000 3860 Alger Jones, 2007000 2702 Dennis Wrence, 2007 A... 88 Jason Alder

ACTION THAT YOU ARE REQUESTING:

To be treated like a human instead of an animal

**DETAINEE SIGNATURE:** Young

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 3/27/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

(01)

Part – B / Control #: 2007 X 0609

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Young **First Name:** Michael **ID#:** 2007-0004908

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges to being denied medical treatment.

**C.R.W. Referred Griev. To:** Cermak **Date Referred:** 3/28/07

**Response Statement:** Referred to Divisional Physician & Patient Care Services

C. Smith — [signature] **Date:** 3/29/07 **Div./Dept.** CHS

(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

CHIEF HARGRAVES — [signature] **Date:** 3/31/07 **Div./Dept.** 3/8

(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

[signature] — [signature] **Date:** 3/29/07

(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 4/14/07 **Detainee Signature:** [signature]

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 4/14/07

***Detainee's Basis For An Appeal:*** I TRYED to GIVE NURSE OBIE MY MEDICAL REQUEST FORM FOR STAMP... WHICH SHE REFUSED to ACCEPT IT, WHICH IS THE PROPER PROCEDURE. SHE TOOK IT UPON HERSELF TO DENY ME MEDICAL HELP. WHICH IS VERY UNPROFESSIONAL.

***Appeal Board's Acceptance Of Detainee's Request:*** YES ☐ NO ☒

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*** Per CHS, detainee has received proper medical care and attention.

***Appeal Board's Signatures / Dates:*** [signature] 5/8/07 [signature] 5-8-7

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 5/10/07 **Detainee Signature:** Michael Young

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

DETAINEE COPY

Part-A / Control #2007X 0636

Referred To: CERMAK

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: YOUNG First Name: MICHAEL

ID #: 2007-0004908 Div.: 8 Living Unit: 2-4 Date: 3/25/07

BRIEF SUMMARY OF THE COMPLAINT: THIS COMPLAINT IS CONCERNING MY LEG AND THE PHYSICAL THERAPY FOR THE REHABILITATION OF MY RIGHT LEG, AND I FEEL MY HUMAN RIGHTS HAS BEEN VOILATED AND WILL BE TAKING FURTHER ACTION TO GET THE PROPER TREATMENT NEEDED. SINCE BEING INCARSCRATED I WAS GIVEN THE WRONG PILL TO REDUCE SWELLING AND THE PILLS IRRITATED MY LEG INJURY. DON'T KNOW THE NAME BUT IT HAS TO BE ON RECORD. THIS INJURY CAN SET UP BLOOD CLOG AND INFECTION.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: PROPER MEDICAL TREATMENT.

**DETAINEE SIGNATURE:** Michael Young

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 3/28/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

8.7

Part – B / Control #: 2007 X 0636

**C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE**

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Young **First Name:** Michael **ID#:** 2007-0004908

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges improper medical treatment.

**C.R.W. Referred Griev. To:** CERMAK **Date Referred:** 3/30/07

**Response Statement:**

Referred to Divisional Physician 4 14 07

C. Smith (print- name of individual responding to this griev.) — [signature] (signature of individual responding to this griev.) **Date:** 4/4/07 **Div./Dept.** CHS

CAPT. T. Harris (print - name of Supt. / Designee / Dept. Admin.) — [signature] (signature of Supt. / Designee / Dept. Admin.) **Date:** 4 16 07 **Div./Dept.** 3/8

C. WARREN (print - name of Prog. Serv. Admin./ Asst. Admin.) — [signature] (signature of Prog. Serv. Admin./ Asst. Admin.) **Date:** 4 15 07

**Date Detainee Received Response:** 4/15/07 **Detainee Signature:** [signature]

***REQUEST FOR AN APPEAL***

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 4/14/07

***Detainee's Basis For An Appeal:*** IN VIOLATION OF MY EIGHTH (8) AMENDMENT RIGHTS OF THE UNITED STATES CONSTITUTION. I AM BEING DENIED ADEQUATE MEDICAL TREATMENT. IF I CAN'T GET PROPER MEDICAL TREATMENT. I WILL BE FORCED TO FILE A LAW SUIT (1983)

***Appeal Board's Acceptance Of Detainee's Request:*** YES ☐ NO ☑

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

Per CHS, detainee's ~~[crossed out]~~ leg condition is chronic and medication did not affect leg.

***Appeal Board's Signatures / Dates:*** [signature] 5/8/07 [signature] 5-8-7

**Date Detainee Rec'd the Appl. Bd.'s Response:** 5/10/07 **Detainee Signature:** Michael Young

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

**DETAINEE COPY**

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

98

Part-A / Control #: 2007X 2550

Referred To: ~~[illegible]~~ [illegible] Supt Div 10

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Young First Name: Micheal

ID #: 2007-00049[illegible] Div.: [illegible] Living Unit: [illegible] Date: 19 / Dec / 07

BRIEF SUMMARY OF THE COMPLAINT: This Grievance is in reference to a fall that I suffered on 18 Dec. 07 in the [illegible] stairway Reinjuring my Right knee + leg because of lack of support and Division ten staff Refusing to Reissue my Regular shoes to which I have a Doctors prescription ordering them to do so. They also Removed my walking cane from the office of the [illegible] officer without legal justification which I also have a Doctors ordered prescription for as well. I also supplied a copy of a letter provided by my orthopedic surgeon and the continued denial of medical treatment as well as ignoring the prescriptions from their own Doctors is a violation of my Constitutional right as a pretrial detainee it is the Responsibility of the County Jail to [illegible] my medical needs & concerns.

[illegible] 2007 31677 [illegible]

[illegible] Russell [illegible] 200300[illegible]

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

That my medical needs be taken care of.

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Michael [illegible]

C.R.W.'S SIGNATURE: [illegible]

DATE C.R.W. RECEIVED: [illegible] / / /

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

10

Part – B / Control #: 2007 X 2550

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** YOUNG **First Name:** Micheal **ID#:** 2007-0049[illegible]

**Is This Grievance An Emergency?** YES ☐ NO ☑

**C.R.W.'S Summary Of The Complaint:** Detainee alleges Division/Security denied prescription thus causing injury.

**C.R.W. Referred Griev. To:** ~~Cermak~~ VR Supt Div 10 **Date Referred:** 12/27/07

**Response Statement:** Detainee needs to address any medical needs to DR Dunlop the physician for DIV 10.

[signature] - [signature] **Date:** 12/27/[illegible] **Div./Dept.** 10
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

[signature] - [signature] **Date:** 12/27/20[illegible] **Div./Dept.** 10
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

[signature] - [signature] **Date:** 12/28/07
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** [illegible]/[illegible]/07 **Detainee Signature:** [signature]

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** [illegible]/[illegible]/07

***Detainee's Basis For An Appeal:*** I have tried several times to address this issue and failed no one wants to get involved or do any thing about my problems.

***Appeal Board's Acceptance Of Detainee's Request:*** *YES* ☒ *NO* ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*** Get Detainee his prescribed Shoes [signature]

***Appeal Board's Signatures / Dates:*** [signature] 1-8-8 [signature] 1/8/08

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 1/11/08 **Detainee Signature:** [signature]

GRIEVANCE CODE(S): (______) (______) (______) (______)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

[illegible]



# DonJoy Armor Protective Knee Brace

One of the best, off-the-shelf knee joint stabilizers in orth history

**Price: $820.00 ea.**
**Sale Price: $449.99 ea.**

**E-mail a friend about this product**

**View/Print Product Instruction(s).**

Related Products

DonJoy Armor/Armor Fourcepoint Full Replacement Kit
Price: $99.99 each
More Info

## The Best, Off-The-Shelf Knee Stabilizer in Orth History!!

Athletes today exhibit unparalleled commitment. But this commitment to athletic excellence means **greater injury risks** than ever before. With that in mind DonJoy's professional researchers and developers have designed one of the best joint stabilizers in orthopedic history: the DonJoy Armor Knee Brace.

## What's it for?

- Stabilizing mild to severe ACL, PCL, MCL, and LCL instabilities or tears
- Active, sedentary, and adolescent patients
- Contact sports

12

**WINGRA FAMILY MEDICAL CENTER**
701 Dane Street Madison WI 53713
608-263-3111/FAX 608-263-6663

**MEMORANDUM**

FROM: ______
TO: ______
DATE: ______
RE: ______

This is to verify that Mark Young has pain getting in and out of a top bunk. Please allow him to wear his regular shoes or give him a bottom bunk to solve this.

Thank You
[signature], M.D.
5/18/04.

*"Your Partner in Staying Healthy"*

UNIVERSITY OF WISCONSIN MEDICAL SCHOOL DEPARTMENT OF FAMILY MEDICINE

**Dane County Jail**
**Results of Grievance Investigation**

Friday, May 14, 2004

YOUNG MARK

Booking Number: 3000036
Housing Location 3 C/E
Grievance Number: 3354

---

Grievance Date: 5/8/04

Date Received: 5/12/04

Type of Grievance: Medical

Specifically:

I have received your grievance as noted above. After investigation I have concluded that your grievance is substantiated. Appropriate action will be taken to remedy the situation.

I looked at your knees and the right knee is swollen more than the left knee. You complain of pain going to your hip. Your feet have visible flatter arches. I have approved your shoes and your outside appointment.

Sincerely,

/S/ Ann Reents

Ann Reents, RN

4K

# Nakoma Dental

**Dr. Tipple** JAMIE MOSS, D.D.S. BG8015484.

**Name** Mark Young **Date** 5/11/04.

**Phone Number** 271-0331

**Rx.** Crest toothpaste c̄ baking soda.

**Appointment Date** ____________

Jamie Moss

Approved by Dept. Plaxco #14
Sept. 19, 2007

Data Entry | Filled | Checked

CERMAK HEALTH SER[illegible]
2800 S. California Ave. Ch[illegible]
(773) 869-5822

Patient Copy

Patient

Date

Problem

Location

Date of Birth

Order (Physician's Signature after last order)

Allergy:

FOR INFORMATION ONLY - [illegible] NOT DISPENSE

Time:

Med/Surg [ ]

-arthritis gout-

A B C D E F G

FOURCEPOINT™

DONJOY™

dj ortho NEVER STOP GETTING BETTER

dj Orthopedics, LLC

DJO NYSE

CE

608-241-0703 Laura 16.

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5822

**Patient Copy**

Checked

Date 3/14/08

Patient Young, Michael ID# 2007-000419

Problem Location 10C2 Weight Date of Birth 11/19/64

Allergy:

Order (Physician's Signature after last order)

Filed

[illegible] 600 [illegible] (?) x 7d

[illegible]

Data Entry

**FOR INFORMATION ONLY - DO NOT DISPENSE**

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [ ]
MHS [ ]

1

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

# Prescription Order
Nursing / CMT / Dialysis Copy

1

Patient Young, Michael ID# 20070004908 Date 10-17-07

Problem DJD, [illegible] surgery Location 10 C Z Weight Date of Birth 4-19-[illegible]

Order (Physician's Signature after last order) Allergy: PCN

pt. needs his personal shoes for orthotics.

DEA / Illinois Lic# 86-2957 Physician ** PRINT Time:

Med/Surg [ ]
MHS [ ]

Checked / Filed / Data Entry

Cermak Health Services

PT. Name: YOUNG, MICHEAL
DOB 04/19/1964 MRN #: 37117
ACCESSION#: DX-07-0203695
Exam Name/Date: Knee AP/Lat w/ Obliques 3 V
12/18/07

On December 18, 2007, I was Rushed to X-RAY After I injured when I sliped and fell on the stairs After my cane was taken 12/16/07. DN 10

**COOK COUNTY DEPARTMENT OF CORRECTIONS**

**Date:** 9 / 17 / 07

**To:** *Property Section – Div. 5*
*2700 S. California Ave.*

**I, detainee** [illegible] **the undersigned,**
**(PRINT – detainee name)**
**am incarcerated in the C.C.D.O.C. and unable to personally call for my property described as follows:**

**PROPERTY** Excluding: Money and Clothing.

**OTHER:** [illegible] Knee [illegible]

**I, herewith authorize the release of this property to the bearer of this letter.**

Recipient's Name: Laura [illegible]
Recipient's Address: 2018 [illegible]
Recipient's ID Presented: [illegible] ID
[illegible]

Detainee's Signature: ____________
CCDOC – ID.# 2007 - 0049?08
Division: 10 Living Unit: 2C

***Witnessed By:*** [signature] ***Title:*** [illegible]
**(Program Services –Authorized Signature)**

*Note: This transaction MUST be completed on the date listed above.*

CERTIFICATE OF SERVICE

PRISONER CORRESPONDENCE
THE CLERK OFFICE
219 SOUTH DEARBORN ST.
CHICAGO ILLINOIS 60604

RESPECTFULLY SUBMITTED

DATE: MARCH, 20, 08.

Michael Young #20070004908
MR. MICHAEL YOUNG # 2007-0004908.
P.O. BOX 089002
CHICAGO ILLINOIS 60608.