**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MR. MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0200 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| MS. OBIE, C. SMITH, CHIEF HARGRAVES | ) | |
| MR. L WARREN, MS. K. HARRIS | ) | |
| DR. CATOURE and DR. DUNLAP | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD IN WHICH**
**TO MOVE, ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendants, Chief Diane Hargraves, LaRoy Warren, Captain Katie Harrison, Cheri Smith, Dr. Eileen Couture, Dr. Ann Dunlap and Francisca Obi, RN, through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Sarah M. Burke, pursuant to Federal Rule of Civil Procedure 6(b) (1), moves this Honorable Court to enlarge the time period in which to answer or otherwise plead until April 29, 2008 and to vacate any and all defaults that may have been entered. In support, defendants' state:

1. Defendants were served on or about January 28, 2008.

2. The Defendants' subsequently requested representation from the Cook County State's Attorney's Office, and the undersigned attorney was assigned to represent the defendants in this matter on February 4, 2008.

3. The undersigned subsequently requested records from Cook County Department of Corrections ("CCDOC") and Cermak Health Services. That these documents are necessary to prepare a proper answer or other pleading to Plaintiff's Complaint.

4. The undersigned is also defending seventeen other cases that are pending both in this District and the Circuit Court of Cook County which require litigation responsibilities too numerous to list.

5. The undersigned attorney is not being dilatory in bringing this motion and apologizes to this Honorable Court for any inconvenience that this extension may cause.

WHEREFORE, the defendants respectfully request that this Honorable Court vacate any defaults, technical or otherwise that may have been entered, and grant an enlargement of time until April 29, 2008 to move, answer or otherwise plead.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County


By:_____/s/ Sarah M. Burke_____
Sarah M. Burke
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4320