UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MR. MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0200 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| MS. OBIE, C. SMITH, CHIEF HARGRAVES | ) | |
| MR. L WARREN, MS. K. HARRIS | ) | |
| DR. CATOURE and DR. DUNLAP | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Michael Young
      #2007-0004908
      Cook County Jail
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on April 3, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Virginia M. Kendall in the courtroom usually occupied by her in Room 2319 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants' Motion to Enlarge the Time Period in which to Move, Answer or Otherwise Plead*.

                                        Respectfully Submitted,
                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County
                                By:     /s/Sarah M. Burke _____
                                        Sarah M. Burke
                                        500 Richard J. Daley Center
                                        Chicago, Illinois 60602
                                        (312) 603-4320

## CERTIFICATE OF SERVICE

I, Sarah M. Burke Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on March 28, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                        /s/ Sarah M. Burke _____
                                        Sarah M. Burke