## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0200 | **DATE** | March 31, 2008 |
| **CASE TITLE** | Michael Young (#2007-0004908) vs. Nurse Obie, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion "to amend" [#16] is denied. The plaintiff is not seeking to amend; rather, he is submitting exhibits in support of his claims. However, loose exhibits in the file are not permitted. No proof of the plaintiff's claims is necessary at this time. Exhibits should be submitted only in conjunction with a motion (such as a motion for summary judgment) or at trial.

■ [**Docketing to mail notices.**]

mjm