UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MR. MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0200 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| MS. OBIE, C. SMITH, CHIEF HARGRAVES | ) | |
| MR. L WARREN, MS. K. HARRIS | ) | |
| DR. CATOURE and DR. DUNLAP | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS ANSWER TO PLAINTIFF'S COMPLAINT

NOW COME DEFENDANTS Chief Diane Hargraves, LaRoy Warren, Capt. Katie Harrison, Cheri Smith, Dr. Eileen Couture, Dr. Ann Dunlap, Francisca Obi RN by their attorney Richard A. Devine State's Attorney of Cook County, through his Assistant Sarah M. Burke and answer the Plaintiff's complaint as follows:

### Count 1

On or around or after March 25, 2007, defendants Ms. Obie, C. Smith, Mr. Or Ms. Hargraves, Mr. Lawrence, Mr. L. Warren, Ms. K. Harris, Dr. Catoure and Dr. Dunlap, did, on or around or after March 25, 2007, while acting under color of state law in their individual capacity as employees of Cook County Department of corrections, did, on or around or after violated the Plaintiff Michael Young right to be secured in his person against unreasonable delay and denial of medical treatment as guaranteed under the fourth amendment of the United States Constitution. And as a direct result of the defendants acts, which contributed to the violation. Plaintiff is being denied constructive surgery to his right knee, rehabilitative health services to improve walk and is/being subjected to infection and on-going pain without proper medication to

deal with the pain, right knee and leg swelling, poor circulation and constant pain which makes it difficult to go about his daily routine but also very difficult to sleep at night, as result, plaintiff endure countless nights of pain and lack of sleep and acute mood swings.

ANSWER:    Defendants' the allegations contained in Paragraph 1.

## Count 2

On or around March 29, March 31, April 4, April 5 and April 6 of 2007, defendants C. Smith, Mr. Or Ms. Hargraves, Mr. L. Warren, Ms. K. Harris, did, on these months and days, while acting under color of state law as Cook County Department of corrections employees in their individual capacity, did, on these months and days, acting as the grievance committee, failed to investigate and follow-up on the Plaintiff Michael young grievance complaint knowing Plaintiff was being denied medical treatment in violation of Plaintiff right to substantive due process under the fourteenth amendment of the United States Constitution resulting in the grievance procedures being ineffective.  The grievance procedures did not remedy the violated constitutional right of denial of medical treatment resulting in this civil rights action.  This constitute reckless disregard to Plaintiff right to use the grievance procedures, to remedy his constitutional violation that resulted from the on-going denial of medical treatment.  Their duties sitting as the grievance committee was to make sure plaintiff was provided medical treatment to remedy the violation and prevent this civil rights action from being filed.  And these defendants failed to do so with reckless disregard for the plaintiff right to receive medical treatment by failing to make sure the treatment was provided.

ANSWER:    Defendants' admit that Plaintiff filed grievances regarding his care. Defendants deny the remaining allegations contained in Paragraph 2.

Note:   The medical doctors must have 5-million dollars medical malpractice insurance in order to practice medicine.

    ANSWER:   Defendants' deny the allegations contained in Paragraph 3.

## AFFIRMATIVE DEFENSES

Now Come Defendants, Chief Diane Hargraves, LaRoy Warren, Capt. Katie Harrison, Cheri Smith, Dr. Eileen Couture, Dr. Ann Dunlap, Francisca Obi RN, through their attorney RICHARD A. DEVINE, State's Attorney of cook County, by his assistant, Sarah M. Burke, stating the following Affirmative Defenses:

## FIRST AFFIRMATIVE DEFENSE

The Defendants' conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional rights.  Accordingly, the Defendants are entitled to the defense of Qualified Immunity.

## SECOND AFFIRMATIVE DEFENSE

Defendants, Chief Diane Hargraves, LaRoy Warren, Capt. Katie Harrison, Cheri Smith, Dr. Eileen Couture, Dr. Ann Dunlap, Francisca Obi RN assert that that each is a Public Employee as defined by *The Local Governmental and Governmental Employees Tort Immunity Act*, 745 ILCS 10/2-214, *et. seq.(1989)*, and is protected by the immunities and defenses provided for therein.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate any and all of his alleged damages.

WHEREFORE, Defendants, Chief Diane Hargraves, LaRoy Warren, Capt. Katie Harrison, Cheri Smith, Dr. Eileen Couture, Dr. Ann Dunlap, Francisca Obi RN, prays that this Honorable Court enter a finding that Plaintiff is not entitled to the relief requested in the Complaint and that Plaintiff's Complaint be dismissed with prejudice and that this Court grant any other such relief to Defendants as it deems proper and just.

## **JURY DEMAND**

Defendants demand trial by jury.

                                          Respectfully Submitted,
                                          RICHARD A. DEVINE
                                          State's Attorney of Cook County

By:    /s/ Sarah M. Burke
           Sarah M. Burke
           Assistant State's Attorney
           500 Richard J. Daley Center
           Chicago, IL 60602
           (312) 603-4320