UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MR. MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0200 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| MS. OBIE, C. SMITH, CHIEF HARGRAVES | ) | |
| MR. L WARREN, MS. K. HARRIS | ) | |
| DR. CATOURE and DR. DUNLAP | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ELECTRONIC FILING

**To:** Mr. Michael Young
#2007-0004908
P.O. Box 089002
Chicago, Illinois 60608

  PLEASE TAKE NOTICE that on this 30th Day of April 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, Defendants' *Answer to Plaintiff's Complaint*, a copy of which is attached hereto and served upon you herewith.

                               Respectfully submitted,
                               RICHARD A. DEVINE
                               State's Attorney of Cook County
         By:   */s/Sarah M. Burke*
                               Sarah M. Burke
                               Assistant State's Attorney
                               500 Richard J. Daley Center
                               Chicago, IL 60602

**CERTIFICATE OF SERVICE**

  I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on April 30, 2008.

                               */s/Sarah M. Burke*
                               Sarah M. Burke
                               Assistant State's Attorney