# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0200 | **DATE** | April 29, 2008 |
| **CASE TITLE** | Michael Young (#2007-0004908) vs. Nurse Obie, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for appointment of counsel [#22] is granted. Jeffrey S. Torosian / Greenberg and Traurig, LLP / 77 W. Wacker Drive, Suite 2500 / Chicago, Illinois 60601 / (312) 476 5046 is appointed to represent the plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.).

■ [For further details, see below.]  [Docketing to mail notices.]

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, correctional officials and health care providers at the jail, have violated the plaintiff's constitutional rights by acting with deliberate indifference to his serious medical needs. More specifically, the plaintiff alleges that he has been denied timely and appropriate medical care, including constructive surgery on his knee, rehabilitation to improve his ability to walk, and needed pain medication. This matter is before the court for ruling on the plaintiff's motion for appointment of counsel.

The motion is granted. In deciding whether to appoint counsel, the court consider: (1) whether, given the degree of difficulty of the case, the plaintiff appears competent to try it himself; and (2) whether the assistance of counsel would provide a substantial benefit to the court or the parties, potentially affecting the outcome of the case. *Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir. 2007); *Gil*, 381 F.3d at 656; *see also* Local Rule 83.36(c) (N.D. Ill.) (listing the factors to be considered in determining whether to appoint counsel).

After considering the above factors, the court concludes that appointment of counsel is warranted in this case. The complexities of a medical tort case, coupled with the fact that the plaintiff is on psychiatric medication and, he claims, mentally unfit, make *pro se* litigation of this matter problematic for the plaintiff. Consequently, in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.), Jeffrey S. Torosian / Greenberg and Traurig, LLP / 77 W. Wacker Drive, Suite 2500 / Chicago, Illinois 60601 / (312) 476 5046 is appointed to represent the plaintiff.

mjm