IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   08 CV 0200 |
| | ) | |
| MS. OBIE, C. SMITH, CHIEF HARGRAVES | ) | Judge Virginia Kendall |
| MR. L. WARREN, MS. K. HARRIS, | ) | Magistrate Judge Brown |
| DR. CATOURE and DR. DUNLAP, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR TIME TO CONDUCT INVESTIGATION
AND FOR LEAVE TO FILE AMENDED COMPLAINT**

Counsel for Plaintiff, Michael Young, hereby moves this Honorable Court for time to conduct investigation of the Plaintiff's claims and for leave to file an Amended Complaint by July 25, 2008 and further states as follows:

1.  On April 29, 2008, this Court appointed Attorney Jeffrey S. Torosian of Greenberg Traurig, LLP as counsel for the Plaintiff pursuant to Local Rule 83.37 (N.D. Ill).

2.  Attorneys Torosian and Kate Dugan filed their Appearances for Plaintiff on May 14, 2008, but have not yet had an opportunity to investigate the Plaintiff's claims.

3.  Plaintiff's counsel requests that the Court grant it sixty (60) days to investigate these claims and file an Amended Complaint. Such a time period is not interposed for purposes of delay but, rather, is necessary due to Attorney Torosian's trial schedule in the next few weeks. Attorney Torosian is scheduled to conduct a six day arbitration in Charlotte, North Carolina, beginning on May 28, 2008 (*Spectrum Holding Cos. v. The Moses H. Cone Memorial Hospital, et al.*) and is scheduled for a several day/week trial in the United States Bankruptcy Court for the

District of Delaware beginning on July 1, 2008 (*In re Tropicana Entertainment, LLC, et al.*, Case No. 08-10856).

4. This Motion is brought in good faith and not for any improper purpose of delay. The entry of the Order sought by this Motion will not prejudice the Defendants in any way.

**WHEREFORE**, counsel for Plaintiff, Michael Young, hereby requests that this Court grant it time to investigate the Plaintiff's claims and leave to file an Amended Complaint by July 25, 2008.

Dated: May 14, 2008   Respectfully submitted,

   MICHAEL YOUNG

   By:    /s/ Jeffrey S. Torosian
   One of his Attorneys

   Jeffrey S. Torosian (#6216956)
   Kathryn A. Dugan (#6291518)
   GREENBERG TRAURIG, LLP
   77 West Wacker Drive, Suite 2500
   Chicago, Illinois 60601
   Tel.: (312) 456-8400
   Fax: (312) 456-8435