**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.    08 CV 0200 |
| | ) | |
| MS. OBIE, C. SMITH, CHIEF HARGRAVES | ) | Honorable Virginia M. Kendall |
| MR. L. WARREN, MS. K. HARRIS, | ) | |
| DR. CATOURE and DR. DUNLAP, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    Sarah M. Burke
Assistant State's Attorney
Office of the State's Attorney of Cook County
500 Richard J. Daley Center
Chicago, IL  60602

PLEASE TAKE NOTICE that, on Thursday, May 22, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall or any other judge sitting in her stead, in Room 2319 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached ***PLAINTIFF'S MOTION FOR TIME TO CONDUCT INVESTIGATION AND FOR LEAVE TO FILE AMENDED COMPLAINT,*** a copy of which is hereby served upon you.

MICHAEL YOUNG

By:    /s/ Jeffrey S. Torosian
One of His Attorneys

Jeffrey S. Torosian (#6216956)
Kathryn A. Dugan (#6291518)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel.:  (312) 456-8400
Fax:  (312) 456-8435

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I electronically filed *PLAINTIFF'S MOTION FOR TIME TO CONDUCT INVESTIGATION AND FOR LEAVE TO FILE AMENDED COMPLAINT* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah M. Burke
Assistant State's Attorney
Office of the State's Attorney of Cook County
500 Richard J. Daley Center
Chicago, IL  60602


                                                    /s/ Jeffrey S. Torosian