**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Michael Young

                   Plaintiff,

v.                                         Case No.: 1:08–cv–00200
                                              Honorable Virginia M. Kendall

Ms. Obie, et al.

                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's Motion for Time to Conduct Investigation and for Leave to File an Amended Complaint by July 25, 2008 [27] is granted. The 5/22/2008 presentment date for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.