3 copies

MHW

United States District Court
Northern District of Illinois
Eastern Division

Mr. Michael Young                    Plaintiff
         VS.                         No. 08C0200
Ms. OBIE, Et.al.                     Defendants

                Motion to Amend

**FILED**
MAY 29 2008 aw
5-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael Young #20070049708
Michael Young #20070049708
P.O. Box 089002
Chicago, Illinois 60608

1.

United States District Court

Northern District of Illinois

Eastern Division

Mr. Michael Young                                        Plaintiff
        vs.                                              No. 0860200
Ms. Obie Et.al.                                          Defendants

## Motion To Amend

Now Come, The Plaintiff, Mr. Michael Young "Pro. Se." Bring on for Hearing and Consideration his Motion To Amend The following, To Wit:

1.) Grievance/Response Control #2008x0098

2.

2C

Part-A / Control #: 08 X 11198

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Young       First Name: Michael

ID #: 2007-0004908   Div.: 10   Living Unit: 2C   Date: 4/14/08

BRIEF SUMMARY OF THE COMPLAINT: This grievance is pertaining to the neglect of medical care here at the Cook County Jail. On 14 February 2008 I was seen by Dr. Dunlap & Dr. Jate in the Division Ten Dispensary. At that time it was clear and established that I needed to see the physical therapist so that I could get certain vital parts and/or pieces that are needed for my knee brace. Dr. Dunlap ordered that the physical therapist at Cermak Hospital evaluate and/or treat my serious medical need. It has been sixty days now and I have not been seen by anyone nor have anything that I need for my knee brace been ordered or received.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Dr. Dunlap Dr. Jate Cermak Health Services

ACTION THAT YOU ARE REQUESTING: That I receive the proper medical care needed to address my serious medical needs.

DETAINEE SIGNATURE: Michael Young

C.R.W.'S SIGNATURE: _____       DATE C.R.W. RECEIVED: 5/1/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST**

*Please Note:*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

**Detainee's Last Name:** Young      **First Name:** Michael

**ID#:** 2007-0004468   **Div:** 10   **Tier/LivingUnit:** C-5

**Date of Request:** 03/27/08      **Date C.R.W. Received Request:** 03/10/08

**This request has been processed by:** Morales      **C.R.W.**

**Summary of Request:**

Detainee request unprofessional conduct of ___

**Response and/or Action Taken:**

In response, Sgt Helms was order by Supt. Andrew to inventory detainee Young, Michael property.

LT. McG__                    ___ #114         **Date:** 5/14/08   **Div./Dept.** 10
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

Part – B / Control #: 08 - 0798

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Young   First Name: Michael   ID#: 2007-0004908

Is This Grievance An Emergency?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: Alledges lack of Medical attention

C.R.W. Referred Griev. To: Cermak   Date Referred: 5/1/08

Response Statement: Referred to Div. Physician

C. Smith — [signature]   Date: 5/2/08   Div./Dept. CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

LT Earl F Tucker — [signature]   Date: 5/6/08   Div./Dept. ___
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mueller — [signature]   Date: 5/2/08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 5/6/08   Detainee Signature: Michael Young

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 5/6/08

Detainee's Basis For An Appeal: Cermak health Services already has knowledge of my Medical issues and has failed numerous times to to adhere to any of my Serious Medical Needs

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___   Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 08 X 0798

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Young    First Name: Michael    ID#: 2007-0004908

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Alledges lack of Medical attention

C.R.W. Referred Griev. To: Cermak    Date Referred: 5/1/08

Response Statement: Referred to Div. Physician

_____ _____ Date: 5/2/08 Div./Dept. CMB
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

LT Earl F Turke _____ Date: 5/6/08 Div./Dept. ___
(print- name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mueller _____ Date: 5/2/08
(print- name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 5/6/08    Detainee Signature: Michael Young

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 5/6/08

Detainee's Basis For An Appeal: Dr. Smith has already has knowledge of my medical issues and has failed numerous times to to adhere to any of my serious medical needs

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: Original response to stand

Appeal Board's Signatures / Dates: _____ 5/13/08    _____

Date Detainee Rec.'d the Appl. Bd.'s Response: 5/15/08    Detainee Signature: M. Young

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

CERTIFICATE OF SERVICE

PRISONER CORRESPONDENCE
THE CLERK OFFICE
219 South Dear Born ST.
Chicago, Illinois 60604

RESPECTFULLY SUBMITTED
Mr. Michael Young #2007004908
Mr. Michael Young #2007004908
P.O. Box 089002
Chicago, Illinois 60608

May-23-2008

3.