# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0200 | **DATE** | June 4, 2008 |
| **CASE TITLE** | Michael Young (#2007-0004908) vs. Nurse Obie, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's second motion "to amend" #[31] is denied. Counsel was appointed to represent the plaintiff on April 29, 2008. Therefore, any documents the plaintiff wishes to file must be filed by counsel. The plaintiff may not file any documents *pro se*.

■ [**Docketing to mail notices.**]

mjm