# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| **Visit Information** | **Date** 01/22/2007 | **Time** 8:36 AM | **Department** West Orthopedics | **Provider** Richard W Glad, MD | **Encounter #** 28239986 |
| **Patient Information** | Young, Mark [08931761] 4326 NAKOOSA Trl Apt 3 MADISON, WI 53716 | | DOB Home Phone Work Phone | 09/15/1967 608-242-4118 608-000-0000 | Male |

**Transcription**

| Type | ID | Author |
|---|---|---|
| patient letter | 9302514-1 | GLAD, RICHARD W |

This document replaces document 9302514

**Document Text**
*08931761/124901
January 22, 2007

M. YOUNG
P.O. BOX 089002
CHICAGO IL 60608

ID: #20070004908
RE: MARK YOUNG
DOB: 09/15/1967

To Whom It May Concern:

This note is to confirm that Mark Young has sustained a severe injury to the right knee. This has included a patellar tendon rupture as well as ligamentous disruption which was complicated by postoperative wound infections. He has been left with a knee that has extremely limited function at this stage. We are pursuing conservative management in hopes that he will improve but at this point it is virtually impossible for him to pursue any kind of gainful employment as his ability to ambulate is markedly limited. He is still at the stage in his recovery which I think will be fairly prolonged and there is a significant likelihood that extensive additional surgery will ultimately be necessary. I think it is likely important for Mr. Young to use shoes with some support as opposed to flip-flops in hopes of preventing him from having further episodes of instability. Also due to knee instability use of a knee brace is recommended. In addition this is expected to be relatively painful in the long term just due to degenerative changes which have developed and I think that he would benefit from the use of ibuprofen or Tylenol on an as needed basis. If you have any additional questions please feel free to contact me.

Sincerely,


Richard W. Glad, M.D.
Orthopedics

3.